UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRACEY YOUNG,

        Plaintiff,

    v.

ANDREW M. SAUL,

        Defendant.

Case No. 20-cv-07519-SI

**ORDER REASSIGNING ACTION**

Both parties in this Social Security appeal have consented to the jurisdiction of a Magistrate Judge. Dkt. Nos. 7, 8. The matter is hereby transferred to the Assignment Committee for reassignment to a Magistrate Judge.

**IT IS SO ORDERED**.

Dated: December 4, 2020

_____
SUSAN ILLSTON
United States District Judge